# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

WILLIAM JONES                                                                                           PLAINTIFF
ADC #129787

V.                                              4:16CV00356 JM/PSH

FAULKNER COUNTY
DETENTION CENTER *et al*                                                                DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

## INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge James M. Moody Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

Plaintiff William Jones, who is currently held at the Faulkner County Detention Center Unit 1, filed a *pro se* complaint on June 13, 2016. Jones did not pay the $400.00 filing and docketing fees or file an application for leave to proceed *in forma pauperis* ("IFP").[1] On June 16, 2016, the Court entered an order directing Jones to pay the filing and docketing fees, or file an IFP application within

---

[1] Jones was originally one of three plaintiffs named in the same lawsuit, but, pursuant to Court direction, the Clerk filed the lawsuit as three individual cases, each with a single plaintiff.

30 days, and warned him that his failure to comply would result in the recommended dismissal of his complaint (Doc. No. 2). More than 30 days have passed, and Jones has not paid the filing and docketing fees, filed an IFP application, or otherwise responded to the order. Under these circumstances, the Court concludes that Jones' complaint should be dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff William Jones' complaint be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 25th day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE